BRADFORD D. MYLER, ESQ.
SHERI R. COURSEY, ESQ.
The Law Offices of Bradford D. Myler and Associates
P.O. Box 970039
1278 South 800 East
Orem, Utah 84097
bradmyler@hotmail.com
Utah Bar No. 7089 (Mr. Myler)
Utah Bar No. 11356 (Ms. Coursey)
Attorneys for Plaintiffs
(Plaintiffs listed in caption below)

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

*In Re: Bextra and Celebrex Marketing Sales Prac. And Pro.*

*Liability Lit.,* MDL – 1699

Roger Crandall;
Steven Frost;
Roger Hagan;
Sylvia McCrory;
Yvonne Powell;
LeRoy Wilson Jr.

                       Plaintiffs,

vs.

PFIZER INC., PHARMACIA

) **MDL No. 1699**
)
) **Civil Action No. 07 1955**
) **Judge Charles R. Breyer**
)
)
)
)
) **Stipulation and** ~~Proposed~~ **Order of Dismissal Without Prejudice For Plaintiff Roger Crandall Only**
)
)
) **[PRODUCTS LIABILITY]**
)
)
)

```
CORPORATION,                    )
G.D. Searle, LLC                )
                                )
     Defendants.                )
```

Plaintiff Roger Crandall and Defendants by and through the undersigned attorneys and pursuant to Federal Rule of Civil Procedure Rule 41(a) hereby stipulate to the dismissal without prejudice of Plaintiff Crandall only from this action with each side bearing its own attorney's fees and costs.

Should Plaintiff or a representative of Plaintiff attempt to re-file a claim against Defendants, they should do so only by re-filing in the United States District Court.

                              Law Offices of Bradford D.
                              Myler and Associates

DATED:                        By:    /Sheri Coursey/

                                    Sheri R. Coursey
                                    Attorney for Plaintiff


                              Gordon & Rees

DATED: 8/22/07                By: _____
                                    Stuart M. Gordon
                                    Attorney for Defendant

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES'**

**STIPULATION, IT IS SO ORDERED.**

Dated:  Oct. 3, 2007               By: _____
                                       Hon. Charles R. Breyer
                                       United States District Judge

