Bradford D. Myler
Bradford D. Myler and Associates
785 East Utah Valley Drive, Ste. 100
American Fork, UT 84003
Telephone: 1.800.652.9626
Facsimile: 1.866.770.6495
Email: SheriJ@mylerdisability.com]
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| This Document Relates to:<br><br>Carol Hively o/b/o Nellie Albers, et all; Roger Crandall, et all; and Chris Adams, et all. (Case Nos. 07-1954; 07-1955 and 07-1956 CRB) | STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF[S] WITH PREJUDICE |

Come now all remaining Plaintiffs in these actions, including but not limited to: (1) **Case No. 07-1954**: Carol Hively o/b/o Nellie Albers; Linell Cable Jones o/b/o Reba Cable; Bertis Davis o/b/o Shirley Davis; Deborah Bevil o/b/o Bessie Dickson; James Todd Mosley o/b/o Elsie Dunham; James Fassett o/b/o George Fassett; Sharon Scheel o/b/o Johnnie Louise Gage; Faye Wilson o/b/o Debbie Masters; Alice Margaret McMillan o/b/o Hughlon McMillan; Carol Howard Pasic o/b/o Ronald Murry Pasic; Leonel Ponce o/b/o Edelia Ponce; Derrell Eckman o/b/o Pearl Reynolds, Jacqueline Shaw o/b/o Robert Shaw; Judy Smith o/b/o Robert Earl Smith; and Brenda Barragan o/b/o Shirley Struble; **(2) Case No. 07-1955**: Roger Crandall; Steven Frost; Roger Hagan; Sylvia McCrory; and LeRoy Wilson Jr.; **(3) Case No. 07-1956**: Chris Adams; Jack Brower; Toby Bullard; Vickie Busher; Lorna Carter; Kathleen Cashman; Jay Chickering; Sandral Clendening; Christina Crowther; Henrietta Dazet; Marie Donaldson; Carol Eno; James Gaunce; Elwood Hively; David Malone; Antonella Mirabella-Kelly; Arthur Noble; Wilton

-1-

Patillo; Shirley Stewart; Randy Williams; Carl Anglin; William Bailey; Martha Baxter; Ethel Bownman-Dunn; Sarah Broadway; Karen Brown; Linda Dalman; Doris Dinwiddie; Tony Gentz; Patricia Kelley; Delbert King; Edna Klingensmith; Lenora Lange; Sharlene Meeh; Doris Mickel; Sharon Nichols; Ricky Oster; Sandra Painter; Teri Parmeter; Frances Patterson; Mary Reed-Provini; Sandra Rish; Brenda Russell; Gwen Schoen; Gregory Scholes; Helen Scott; Joel Smith; Ida Souza; Waymond Stone; Glen Streight; Exie Brenda Tenney; Julie Teeters; Ronnie Thomas; Antoinette Ticali; Douglas Walton; Michael Wheelock; Wesley Wilson; and Charles Witte and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions with prejudice, with each side bearing its own attorneys' fees and costs.

DATED: 12/4, 2009     By: _____

Bradford D. Myler
Bradford D. Myler and Associates
785 East Utah Valley Drive, Ste. 100
American Fork, UT 84003
Telephone: 1.800.652.9626
Facsimile: 1.866.770.6495

*Attorneys for Plaintiffs*

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1  DATED: February 2, 2010    By: _____

2
                              DLA PIPER LLP (US)
3                             1251 Avenue of the Americas
                              New York, New York 10020
4                             Telephone: (212) 335-4500
                              Facsimile: (212) 335-4501
5                             *Defendants' Liaison Counsel*

6

7

8

9
   PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
10 IT IS SO ORDERED.

11

12 Dated: FEB 1 6 2010
                              _____
13                            Hon. Charles R. Breyer
                              United States District Court

-3-